UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALVARO INIGUEZ and MARY ANN TOLENTINO, on their own behalf and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CRATE & BARREL HOLDINGS, INC. and EUROMARKET DESIGNS, INC. *doing business as:* CRATE AND BARREL,<br><br>                    Defendants. | Case No. 2:26-cv-02370<br><br>ORDER EXTENDING CRATE & BARREL HOLDINGS, INC.'S AND EUROMARKET DESIGNS, INC.'S RESPONSIVE PLEADING DEADLINE |

Having considered the parties' joint stipulation (Dkt. # 4), there being no objection and for good cause shown, it is HEREBY ORDERED that the responsive pleading deadline for Defendants Crate & Barrel Holdings, Inc. and Euromarket Designs, Inc. in this matter be extended until August 11, 2026.

DATED this 13th day of July 2026.   By: _____*John H. Chun*_____
                                           Judge John H. Chun

ORDER EXTENDING
RESPONSIVE PLEADING DEADLINE - 1