UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ALVARO INIGUEZ and MARY ANN TOLENTINO, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRATE & BARREL HOLDINGS, INC. and EUROMARKET DESIGNS, INC. doing business as: CRATE AND BARREL,<br><br>Defendants. | Case No. 2:26-cv-02370-JHC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING NINTH CIRCUIT APPEAL AND TO STAY ANSWER DEADLINE PENDING CONSIDERATION<br><br>**NOTE ON MOTION CALENDAR: August 5, 2026** |

THIS MATTER comes before the Court on Defendants' Motion to Stay Pending Ninth Circuit Appeal and to Stay Answer Deadline Pending Consideration. Dkt. # 8. The Court has considered all materials filed in support of and in opposition to the motion, the rest of the record, and the governing law. Based on the arguments at Dkt. ## 8 and 22, the Court GRANTS the motion.

This case, along with all deadlines in the case, is hereby STAYED pending the appeal in *Montes v. Penney OpCo*, LLC, No. 26-241 (9th Cir. 2026). The Court ORDERS the parties to submit a joint status report within 14 days of a decision by the Ninth Circuit in that matter.

DATED this 7th day of August, 2026.

John H. Chun
United States District Judge