UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| ALVARO INIGUEZ and MARY ANN TOLENTINO, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CRATE & BARREL HOLDINGS, INC. and EUROMARKET DESIGNS, INC. doing business as: CRATE AND BARREL,<br><br>Defendants. | Case No. 2:26-cv-02370-JHC<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. Since entering the Order at Dkt. # 23, the Court has further reviewed the numerous CEMA cases filed in this District and now questions whether it has subject matter jurisdiction over this action; specifically, whether Plaintiff alleges injury-in-fact to establish Article III standing. Thus, the Court ORDERS the parties to show cause as to why this matter should not be remanded for lack of subject matter jurisdiction or, alternatively, stayed pending the Ninth Circuit's resolution of the standing issue on appeal in *Montes v. Catalyst Brands LLC (Montes II)*, 2025 WL 3485827 (E.D. Wash., Dec.

4, 2025). Each side's brief may not exceed 2,100 words and is due on or before October 12, 2026.

DATED this 28th day of September, 2026.

John H. Chun
United States District Judge