UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALVARO INIGUEZ and MARY ANN TOLENTINO, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CRATE & BARREL HOLDINGS, INC. and EUROMARKET DESIGNS, INC. doing business as: CRATE AND BARREL,<br><br>Defendants. | Case No. 2:26-cv-02370-JHC<br><br>ORDER |

This matter comes before the Court on the Court's Order to Show Cause. Dkt. # 24. The Court thanks the parties for their responses to the Order. Dkt. ## 25 & 26. Upon review of those responses, the Court concludes that Defendants have not met their burden of alleging that Plaintiffs have Article III standing and thus have not met their burden of establishing subject matter jurisdiction to support removal. Thus, the Court REMANDS this matter to King County Superior Court.

The Court DIRECTS the Clerk tomail a copy of this Order to the state court.

DATED this 13th day of October, 2026.

John H. Chun
United States District Judge